WILLIAM FAULKNER (83385)
  wfaulkner@mcmanislaw.com
ELIZABETH PIPKIN (243611)
  epipkin@mcmanislaw.com
MCMANIS FAULKNER
A PROFESSIONAL CORPORATION
12400 Wilshire Blvd, Suite 400
Los Angeles, CA 90025
Telephone:  (310) 488-5250
Facsimile:  (408) 279-3244

NICHOLAS J. BOYLE (*pro hac vice* forthcoming)
  nboyle@wc.com
DAVID R.J. RISKIN (*pro hac vice* forthcoming)
  driskin@wc.com
TAMARA A. RUBB (320073) (*pro hac vice* forthcoming)
  trubb@wc.com
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, DC 20005
Telephone:  (202) 434-5000
Facsimile:  (202) 434-5029

Attorneys for Plaintiffs,
CoStar Group, Inc. and CoStar Realty Information, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COSTAR GROUP, INC. AND COSTAR REALTY INFORMATION, INC.<br><br>Plaintiffs,<br><br>v.<br><br>NEGOTIATELEASE.COM, INC. AND JOON LEE,<br><br>Defendants. | Case No.:<br><br>**COMPLAINT FOR:**<br><br>   **(1) COMPUTER FRAUD AND ABUSE ACT, 18 U.S.C. § 1030;**<br>   **(2) CALIFORNIA COMPUTER DATA ACCESS & FRAUD ACT, PENAL CODE § 502;**<br>   **(3) COPYRIGHT INFRINGEMENT, 17 U.S.C. § 101 *ET SEQ.*;**<br>   **(4) FRAUD;**<br>   **(5) BREACH OF CONTRACT; AND**<br>   **(6) UNJUST ENRICHMENT**<br><br>**JURY TRIAL DEMANDED** |

**COMPLAINT**

1.  Plaintiffs CoStar Group, Inc., a public company, and CoStar Realty Information, Inc., its wholly owned subsidiary, together constitute the nation's leading provider of commercial real estate information, and operate the most comprehensive commercial real estate information database available in the world.  Plaintiffs are referred to together as "CoStar."

2.  CoStar brings this case against Defendants NegotiateLease.com, Inc. and Joon Lee (together, "Defendants") to redress unauthorized access to, and use of, CoStar's subscription database, and to protect CoStar's intellectual property.  Lee, who represents that he is the President and Chief Executive Officer of NegotiateLease.com, engaged in fraud in order to steal access to CoStar's database and swipe its proprietary information for profit.  Both Lee and NegotiateLease.com benefited from Lee's unlawful conduct.

3.  CoStar contacted Lee to resolve this lawsuit without litigation.  Not only did Lee rebuff CoStar's efforts, he found a new way to steal CoStar's proprietary information, roping in a new accomplice to continue the theft.

4.  Lee represents that he and NegotiateLease.com, a California corporation and commercial real estate brokerage firm, specialize in tenant representation in southern California.[1]

5.  Lee also serves as NegotiateLease.com's Secretary, Chief Financial Officer, and Director.  NegotiateLease.com has no other officers or directors.

6.  Defendants' "mission" is to "successfully negotiate lease [sic] by utilizing the highest level of market knowledge, negotiation techniques and broker experiences of our professionals to procure the most advantageous 'Pro-Tenant Lease' for you."[2]

7.  As CoStar is the nation's leading provider of commercial real estate information, Defendants are necessarily interested in the comprehensive information CoStar maintains on a

---

[1] *Available at* http://negotielease.com/ (last accessed Oct. 3, 2018).

[2] *Id.*

COMPLAINT FOR COMPUTER FRAUD AND ABUSE; CALIFORNIA COMPUTER DATA ACCESS & FRAUD ACT; COPYRIGHT INFRINGEMENT; FRAUD; BREACH OF CONTRACT; AND UNJUST ENRICHMENT, Case No.:

1   variety of different properties throughout the country, including office, industrial, and retail

2   properties located in Southern California.  Such information, along with information about

3   millions of other commercial properties across the United States, is maintained in CoStar's

4   subscription database.  Access to the database is made available to subscribers for a monthly fee.

5           8.      Defendants are more than familiar with the valuable services CoStar offers to its

6   subscribers.  Indeed, NegotiateLease.com is a former CoStar customer, having entered into a

7   CoStar License Agreement in 2012, which provided for one authorized user, Lee.  Lee was also

8   designated as NegotiateLease.com's contact person for billing purposes.  Under the License

9   Agreement, Defendants had access to CoStar's comprehensive commercial real estate

10  information database and, on information and belief, regularly used that information in support

11  of their business.

12          9.      In 2013, however, NegotiateLease.com canceled its subscription to CoStar's

13  database.  CoStar contacted Lee on several occasions to see if NegotiateLease.com would be

14  interested in renewing its subscription.  He consistently told CoStar that although

15  NegotiateLease.com was interested in CoStar's database, it did not want to spend the money to

16  re-subscribe.

17          10.     It is now clear that Defendants had made alternative (fraudulent) arrangements to

18  access CoStar's valuable database for free.

19          11.     Rather than pay to subscribe for CoStar's services, Defendants decided to steal

20  them.  Lee obtained usernames and passwords from authorized subscribers to CoStar's database

21  and then surreptitiously used those credentials to gain access to CoStar's database.

22          12.     Once inside CoStar's database, Lee accessed and downloaded content pertaining

23  to California retail properties, including CoStar's copyrighted photographs.

24          13.     CoStar eventually discovered that Defendants accessed the database using

25  credentials assigned to Frank Chang of AMCAL Multi-Housing Inc., an authorized CoStar

26  subscriber located in Southern California.  The facts are indisputable and damning:  Chang

27  provided CoStar with a sworn declaration confirming that he had shared his CoStar credentials

28
                                                3

COMPLAINT FOR COMPUTER FRAUD AND ABUSE; CALIFORNIA COMPUTER DATA ACCESS &
FRAUD ACT; COPYRIGHT INFRINGEMENT; FRAUD; BREACH OF CONTRACT; AND UNJUST
ENRICHMENT, Case No.:

1   with Lee and that he was aware that such conduct was improper (attached as Exhibit A).

2       14.     In response, CoStar took immediate action to prevent Defendants from using

3   Chang's credentials and warned Lee that his actions violated state and federal statutes and the

4   common law.

5       15.     Not only did Lee ignore CoStar's warnings, he doubled down on his theft by

6   obtaining the credentials of Nina Moon at Keller Williams Realty Mid-Wilshire, another CoStar

7   subscriber located in southern California.  Once again, CoStar took immediate action to prevent

8   Lee from using Moon's credentials.

9       16.     Lee and NegotiateLease.com used the content they unlawfully procured from

10  CoStar's database for their own benefit and their business purposes as well.  Indeed, given

11  Defendants' profession, the information in CoStar's database would permit them to generate

12  profits for themselves and service actual or potential clients.

13      17.     Defendants' free-riding on two authorized user's licenses caused financial harm to

14  CoStar and to its paying subscribers and violated state and federal statutes precluding individuals

15  from unlawfully accessing and using CoStar's database, and infringed copyrighted works by

16  printing and downloading copyrighted content.  In addition to these statutory violations,

17  Defendants engaged in common-law fraud and breached the Terms of Use for CoStar's database.

18      18.     As a consequence of Defendants' unlawful actions, CoStar is entitled to damages

19  and/or disgorgement of Defendants' profits derived from their misconduct, as well as injunctive

20  relief to prevent continued irreparable harm to its business.

21                                  * * * * *

22      19.     CoStar employs more than three thousand people in the United States and, as a

23  result of their diligent efforts—and the investment of nearly five billion dollars over the last

24  thirty-plus years—CoStar has developed the most comprehensive commercial real estate

25  information database available in the world.

26      20.     This subscription database contains copyrighted photographs of, and

27  professionally researched information about, commercial properties across the country.  The

28

4

COMPLAINT FOR COMPUTER FRAUD AND ABUSE; CALIFORNIA COMPUTER DATA ACCESS &
FRAUD ACT; COPYRIGHT INFRINGEMENT; FRAUD; BREACH OF CONTRACT; AND UNJUST
ENRICHMENT, Case No.:

database has well over a hundred thousand subscribers, including all of the leading commercial real estate brokerages in the United States, as well as a significant number of smaller brokerages, property owners, banks, retailers, real estate investment trusts, and other professionals.  The subscription database also counts a number of federal, state, and local government entities and agencies as its users.

21.     CoStar generates and updates the database's content at a cost of over $600 million each year.  Nearly thirteen thousand CoStar researchers have contributed to the subscription database since its creation, adding information about nearly five million properties, taking over twelve million photographs, and driving and flying over two million miles per year.  Researchers collect this information through various means, including through in-person site inspections and targeted calls to individual commercial real estate owners, developers, and brokers.

22.     While the subscription database provides exceptional benefits to CoStar's paying customers, it also has a positive impact on consumer welfare in the larger commercial real estate ecosystem.  CoStar's subscription database provides greater transparency in the form of readily available, professionally researched, and regularly updated commercial real estate information.  The existence of this information has made traditional commercial real estate transactions more efficient, and has also facilitated a more diverse range of commercial real estate deals.  The net result is greater liquidity and significantly mitigated risk in one of the world's most valuable and important asset classes:  commercial real estate.

23.     The important role that CoStar plays in the commercial real estate market is demonstrated by the extent to which its users interact with the service. Each day, users conduct nearly nine million searches for commercial real estate on CoStar products, including its subscription database.  CoStar estimates that its products play a part in supporting one trillion dollars of commercial real estate leases, sales, and mortgage originations in the United States each year.

24.     CoStar licenses its subscription database content for a monthly fee.  Those fees, which vary according to the scope of access a user seeks, generate significant revenue for CoStar

5

COMPLAINT FOR COMPUTER FRAUD AND ABUSE; CALIFORNIA COMPUTER DATA ACCESS & FRAUD ACT; COPYRIGHT INFRINGEMENT; FRAUD; BREACH OF CONTRACT; AND UNJUST ENRICHMENT, Case No.:

1  and enable it to employ thousands of people for, and invest billions of dollars in, research and

2  product enhancements.  The stealing of access to CoStar presents a major threat to the ongoing

3  viability of CoStar's products.

4       25.    Because the contents of the subscription database—including CoStar's

5  photographs and professionally researched data—are central to its business, CoStar regularly

6  registers its photographs with the United States Copyright Office and protects its proprietary data

7  both through technological means and contractually-binding agreements to which anyone who

8  accesses its databases assents.  For example, CoStar contractually prohibits customers from

9  sharing passwords, and employs password authentication modes that vary according to risk,

10  firewalls, and anti-hacking software to limit access and manipulation of its data.

11       26.    As former customers of CoStar, Defendants were fully aware of the contractual

12  obligations CoStar requires of its customers, as well as the extraordinary steps CoStar takes to

13  protect its subscription database.

14  **THE PARTIES**

15       27.    CoStar Group is a corporation organized and existing under Delaware law with its

16  principal place of business and corporate office located at 1331 L Street, N.W., Washington,

17  District of Columbia 20005.

18       28.    CoStar Realty Information is a corporation organized and existing under

19  Delaware law with its principal place of business and corporate office located at 1331 L Street,

20  N.W., Washington, District of Columbia 20005.  It is a wholly owned subsidiary of CoStar

21  Group.

22       29.    Lee is domiciled in California and, on information and belief, resides at 11660

23  Church Street Apt. 494, Rancho Cucamonga, California 91730.

24       30.    NegotiateLease.com is a corporation organized and existing under California law,

25  and, on information and belief, its principal place of business is 530 South Manhattan Place

26  #305, Los Angeles, California 90020.

27

28

6

COMPLAINT FOR COMPUTER FRAUD AND ABUSE; CALIFORNIA COMPUTER DATA ACCESS &
FRAUD ACT; COPYRIGHT INFRINGEMENT; FRAUD; BREACH OF CONTRACT; AND UNJUST
ENRICHMENT, Case No.:

**JURISDICTION AND VENUE**

31. The Court has federal question jurisdiction over this action under 28 U.S.C. § 1331 because this action alleges violations of the Computer Fraud and Abuse Act, 18 U.S.C. § 1030 and the Copyright Act, 17 U.S.C. § 101 *et seq.* The Court has supplemental jurisdiction over the state law claims under 28 U.S.C. § 1367 because these claims arise from a common nucleus of operative facts.

32. The Court has personal jurisdiction over Lee because, among other reasons, he resides in California and CoStar's claims arise from and relate to business Lee transacted in California. The Court has personal jurisdiction over NegotiateLease.com because, among other reasons, its principal place of business is California.

33. Venue is proper in this district under 28 U.S.C. §§ 1391(b) and (c) and 1400(a) because a Defendants reside in this judicial district and a substantial part of the events or omissions giving rise to CoStar's claims occurred in this judicial district.

**FACTUAL ALLEGATIONS**

**I. Lee Knowingly and Intentionally Gained Unauthorized Access to CoStar's Subscription Database by Acquiring the Credentials of Two CoStar Subscribers.**

34. One of the many paying subscribers to CoStar's database is AMCAL, a multi-family developer in southern California. AMCAL has a license agreement with CoStar that allows thirteen of AMCAL's employees to access CoStar's database. One of AMCAL's employees who is authorized to access CoStar's database is Frank Chang. (Ex. A.)

35. As one of AMCAL's licensed, and thus authorized users, Chang received a username and password so he could log into CoStar's database. Although Chang understood that CoStar's "Terms of Use [ ] prevent an authorized user from sharing his or her credentials with an authorized user," Chang nevertheless "provided [his] account credentials to [his] personal friend, Mr. Joon Lee, who works at NegotiateLease.com." (Ex. A.)

36. Starting in or around December 2017, if not earlier, Lee logged into CoStar's database using Chang's account—no fewer than 23 times, and possibly more—in order to use

COMPLAINT FOR COMPUTER FRAUD AND ABUSE; CALIFORNIA COMPUTER DATA ACCESS & FRAUD ACT; COPYRIGHT INFRINGEMENT; FRAUD; BREACH OF CONTRACT; AND UNJUST ENRICHMENT, Case No.:

1  CoStar's content for Defendants' benefit, and for the benefit of their clients.

2       37.    Not only did Chang confirm under oath to CoStar that Lee was accessing its

3  database using his credentials, CoStar's own research uncovered a wealth of evidence that

4  supported Chang's testimony and reinforced its conclusion that Defendants were accessing

5  CoStar's proprietary information without payment.

6       38.    CoStar determined that Lee was logging into CoStar's database from a device

7  associated with an IP address that was not affiliated with Chang, even though the login

8  credentials were those of Chang's.  The device and IP address instead were affiliated with Lee,

9  who was not (and is not) an authorized user.

10       39.    CoStar also was able to identify Lee's fraudulent conduct based on the fact that

11  Chang and Lee had significantly different search activities.  When Chang logged into the

12  database from his IP address, his search activity was limited to multi-family properties and land.

13  By contrast, when Lee logged into CoStar's database using Chang's credentials, he searched

14  almost exclusively for retail properties and sometimes printed his search results; the printed

15  results included CoStar's copyright-protected content.

16       40.    Even after CoStar took steps to prevent Lee from using Chang's credentials to

17  access its database, Lee found a new way to steal from CoStar, underscoring the willfulness of

18  his misconduct.  A little more than two months after CoStar sent a letter to Lee telling him to

19  cease and desist all unlawful conduct, Lee resumed logging into CoStar's database without

20  authorization or payment.  This time, he used credentials assigned to a different CoStar

21  subscriber—Nina Moon, an employee of Keller Williams Realty Mid-Wilshire—doing so no

22  fewer than twelve times, and possibly more.

23       41.    Once again, with the benefit of the various anti-piracy tools at its disposal, CoStar

24  determined that Moon's credentials were accessing CoStar through an IP address affiliated with

25  Lee.  At the time Lee used Moon's login credentials he was not (and still is not) an authorized

26  user.

27  ///

28

8

COMPLAINT FOR COMPUTER FRAUD AND ABUSE; CALIFORNIA COMPUTER DATA ACCESS &
FRAUD ACT; COPYRIGHT INFRINGEMENT; FRAUD; BREACH OF CONTRACT; AND UNJUST
ENRICHMENT, Case No.:

42.     Every individual who seeks to access CoStar's database is directed to "Log In with *your* current CoStar username and password."  (Emphasis added.)  In response to this prompt, Lee repeatedly provided a username and password that did not belong to him, but rather belonged to two actual authorized users, thereby falsely representing to CoStar that he was authorized to access the database.  The specific dates and times of Lee's fraudulent misrepresentations are set forth in the attached Exhibit B.

43.     Every individual who seeks access to CoStar's database also acknowledges that by clicking "Log In," he or she accepts CoStar's Terms of Use (attached as Exhibit C).[3]  CoStar provides a link to its Terms of Use on the Log In page for ease of reference.

44.     In large and clear text at the top of CoStar's Terms of Use is the following disclaimer:  "YOUR USE OF THIS WEB SITE CONSTITUTES YOUR AGREEMENT TO BE BOUND BY THESE TERMS AND CONDITIONS OF USE."  (Ex. C.)

45.     Individuals using CoStar's database further "agree to be legally bound by the terms and conditions" and that the terms and conditions "constitute a legal contract between you and CoStar."  Users of the database further acknowledge that they have "the right, power and authority to agree to and be bound by the[] Terms of Use" and that if they "do not agree to the Terms of Use, or if [they] do not have the right, power, and authority to agree to and be bound by the[] Terms of Use, [they] may not use the Site."  (Ex. C.)

46.     The Terms of Use further provide:

Those portions of the Product[4] that may be accessed by the general public and that do not require any use of Passcodes (as defined below) or facial recognition authentication are referred to as the 'Non-Passcode Protected Product.'  *Those*

_____

[3] The 2018 Terms of Use (Exhibit C) are substantively identical to the Terms of Use in effect in 2017.  Any differences between the 2017 and 2018 Terms of Use are immaterial to this Complaint.

[4] CoStar defines "Product" as including its "Site, Content, Database, Information, Software and any portion of the foregoing, including any derivatives, adaptations, successors, updates or modifications provided thereto and any information derived from the use of the Database, including as a result of the verification of any portion of the Information."  (Ex. C.)

9

*portions of the Product that require use of Passcodes … are available only to individuals or entities ('CoStar Clients'), or those acting through them, who enter into a License Agreement (as defined below) with CoStar that authorizes access to such CoStar service are referred to as the 'Passcode Protected Product.'*

\* \* \* \* \*

Only Authorized Users (defined below) for a Passcode Protected Product may access such product and they may access it solely using the user name, password (collectively, the 'Passcodes') [registered with CoStar] ….

\* \* \* \* \*

An 'Authorized User' is defined as an individual (a) employed by a CoStar Client or an Exclusive Contractor (as defined below) of a CoStar Client at a site identified in the License Agreement, and (b) who is specified in the License Agreement as a user of a specific Passcode Protected Product and represented by the Client to be an employee or Exclusive Contractor of the Client.

(Ex. C (emphasis added).)

47.     The Terms of Use also prohibit certain types of conduct including:

Access[ing] any portion of a Passcode Protected Product unless you are an Authorized User for such Passcode Protected Product using the Passcodes assigned to you by CoStar to access the components and services of the Passcode Protected Product that your License Agreement authorizes you to access, subject to the terms contained therein and in these Terms of Use.

(Ex. C.)

48.     The Terms of Use emphasize the proprietary nature of the information contained in CoStar's database:

The information, data, text, software, photographs, images, graphics, organization, layout, design, and other content contained on or provided through this Site (collectively, the 'Content') are proprietary to CoStar and its licensors, and are protected by copyright and other Canadian and international intellectual property rights, laws and treaties.

[User] acknowledge[s] that the Software, Database, Content, Information, Passcode Protected Product, Non-Passcode Protected Product, and Product constitute the valuable property and confidential copyrighted information of CoStar and its licensors.

(Ex. C.)

49.     Because CoStar's database contains valuable proprietary content, the Terms of Use prohibit users from copying or exporting any portion of the information contained therein:

> [User] shall not … [s]tore, copy or export any portion of the Product into any database or other software, except as expressly set forth in the Permitted Uses above.

(Ex. C.)

50.     Each time Lee logged into CoStar's database, he was not (and knew that he was not) an Authorized User; yet he accessed a Passcode Protected Product.  Lee did not simply access and use CoStar, however; he also exported portions of the product to his own systems, including CoStar's copyrighted photographs, for Defendants' own benefit, and for the benefit of their clients.

51.     The infringed photographs are identified in the attached as Exhibit D.  CoStar owns the exclusive rights in each of the infringed photographs in Exhibit D and has validly registered each of the photographs with the United States Copyright Office either before the acts of infringement or within three months of its first publication.  Lee copied, printed, distributed, or republished each of these copyrighted photographs without authorization.

52.     On at least two of the days that Lee logged into CoStar using Chang's credentials (January 14, 2018 and February 15, 2018), he printed property listings containing CoStar-copyrighted photographs.  Those listings were all commercial, multi-tenant properties—real estate that, on information and belief, a self-described specialist in "tenant representation" would be interested in.  They included the following:

11

631–645 Foothill Boulevard
La Cañada Flintridge, California 91011



11401–11421 South Street
Cerritos, California 90703



The photographs, along with their registration information, are identified in Exhibit D.

12

COMPLAINT FOR COMPUTER FRAUD AND ABUSE; CALIFORNIA COMPUTER DATA ACCESS & FRAUD ACT; COPYRIGHT INFRINGEMENT; FRAUD; BREACH OF CONTRACT; AND UNJUST ENRICHMENT, Case No.:

53.     It is unsurprising that Lee would print material from CoStar's database.  The database's users often do so because the information CoStar researches, curates, and updates is vital to a real estate broker's day-to-day business, and it is efficient for a broker to create and use hard copies of CoStar's information and photographs.

54.     Not only did Lee know he was accessing CoStar's information without authorization, he also was on notice and aware that he was stealing copyright-protected content. The Terms of Use specifically alert individuals who log into the database that information contained in the database is protected by copyright laws.  CoStar is also well known in the industry for taking steps to protect its copyrighted images.  On information and belief, both Lee and NegotiateLease.com profited from this infringement.

## II.   At Great Effort and Expense, CoStar Endeavors to Protect its Intellectual Property From Unauthorized Users Like Defendants.

55.     Due in part to the type of brazen misconduct at issue here, CoStar has taken extensive measures to protect its intellectual property and to prevent unauthorized access to its products.

56.     CoStar carefully structures its license agreements with subscribers to ensure that all licensees have a clear duty to maintain the confidentiality of CoStar's proprietary information.

57.     Access to CoStar's subscription database is also password protected.  CoStar requires each licensed user to maintain his or her own individual password, and prohibits them from sharing these credentials with any other individual. And it has created its own two-factor authentication system for logging into the CoStar database.

58.     CoStar also employs a number of third-party products to protect against unauthorized access including, but not limited to, firewalls, anti-virus programs, and anti-malware programs.

59.     CoStar is constantly implementing new security procedures to protect its most valuable resources—its professionally-researched commercial real estate information—at a significant cost.  Efforts (like Defendants') to circumvent these technological safeguards

13

COMPLAINT FOR COMPUTER FRAUD AND ABUSE; CALIFORNIA COMPUTER DATA ACCESS & FRAUD ACT; COPYRIGHT INFRINGEMENT; FRAUD; BREACH OF CONTRACT; AND UNJUST ENRICHMENT, Case No.:

1   significantly increase these costs.

2       60.     In addition to its state-of-the-art anti-piracy technology, CoStar operates its own

3   anti-piracy program which includes monitoring suspicious activity and unauthorized uses of its

4   subscription database.  That program—which caught the misconduct at issue—is also costly to

5   administer.

6       61.     CoStar has taken such extensive measures to protect its intellectual property

7   because it derives significant economic value from the fact that the information in its database is

8   not generally or readily ascertainable.

9       62.     The benefits that CoStar's products provide to its customers and the market at

10  large are a direct result of the company's efforts—undertaken over decades at a cost of billions

11  of dollars—to research, collect, and create data and images.  The protection of proprietary data

12  and copyrighted images—and CoStar's ability to vindicate its rights in that intellectual

13  property—is therefore critically important.

14  **FIRST CLAIM FOR RELIEF**

15  **Computer Fraud and Abuse Act, 18 U.S.C. § 1030**

16  **(Against Defendants)**

17      63.     CoStar repeats and realleges each and every allegation set forth above, and

18  incorporates them herein by reference.

19      64.     CoStar's computers and servers, located in the United States, are involved in

20  interstate and foreign commerce and communication.

21      65.     CoStar licenses its subscription database content for a monthly fee.  CoStar

22  controls access to its database by requiring its customers to obtain licenses for each individual

23  employee who intends to access the database.  CoStar prohibits those individuals from sharing

24  their unique credentials with any other person.

25      66.     In addition, every user of the subscription database or any other CoStar product is

26  subject to CoStar's binding Terms of Use.

27      67.     Lee knowingly, and with intent to defraud, gained unauthorized access to

28

14

COMPLAINT FOR COMPUTER FRAUD AND ABUSE; CALIFORNIA COMPUTER DATA ACCESS & FRAUD ACT; COPYRIGHT INFRINGEMENT; FRAUD; BREACH OF CONTRACT; AND UNJUST ENRICHMENT, Case No.:

1  CoStar's computers and servers for the purpose of extracting CoStar's proprietary data, in

2  violation of CoStar's binding Terms of Use.

3        68.    Lee knew that CoStar required customers to purchase a subscription in order to

4  access CoStar's proprietary database.  Lee nevertheless gained unauthorized access to CoStar's

5  database using log-in credentials belonging to an authorized user.  Lee knew that he was not

6  authorized to access CoStar's subscription database using credentials that did not belong to him.

7        69.    Lee's repeated unauthorized access of CoStar's computers and servers allowed

8  Lee to access, obtain, and use CoStar's contractually protected proprietary information involving

9  interstate communication, in violation of 18 U.S.C. § 1030.

10       70.    NegotiateLease.com is liable for Lee's unauthorized access of CoStar's computers

11  and servers and use of CoStar's contractually protected proprietary information involving

12  interstate communication.

13       71.    On information and belief, Lee is the owner and sole person in control of

14  NegotiateLease.com.  Further, Negotiate Lease derived a direct financial benefit from Lee's

15  unlawful activities.

16       72.    Alternatively, and on information and belief, NegotiateLease.com is liable for

17  Lee's unauthorized access to CoStar's computers and servers and use of CoStar's contractually

18  protected proprietary information involving interstate communication because Lee acted within

19  the scope of his employment, NegotiateLease.com has the right and ability to supervise and

20  control Lee's unlawful activities, and, at all relevant times, NegotiateLease.com derived a direct

21  financial benefit from Lee's unlawful activities.

22       73.    CoStar has suffered over $5,000 worth of damages and losses over a one-year

23  period, in an amount to be proven at trial.  Lee's unauthorized access consumed time and money

24  spent identifying, investigating, and attempting to block and otherwise respond to Lee's

25  unauthorized access, as described throughout this Complaint.  Further, Lee's unauthorized access

26  has impaired and corrupted CoStar's efforts to measure and analyze legitimate subscriber traffic.

27  Lee's unlawful conduct undermined the soundness and therefore the value of those data and

28

15

COMPLAINT FOR COMPUTER FRAUD AND ABUSE; CALIFORNIA COMPUTER DATA ACCESS &
FRAUD ACT; COPYRIGHT INFRINGEMENT; FRAUD; BREACH OF CONTRACT; AND UNJUST
ENRICHMENT, Case No.:

analyses, which are used for multiple business purposes including search engine optimization and search engine marketing.

74.     CoStar has suffered and will continue to suffer independent, irreparable harm as a result of Lee's continued access to its computers and servers without authorization, which entitles CoStar to injunctive relief.

## SECOND CLAIM FOR RELIEF

### California Computer Data Access and Fraud Act, California Penal Code § 502

### (Against Defendants)

75.     CoStar repeats and realleges each and every allegation set forth above, and incorporates them herein by reference.

76.     The California Computer Data Access and Fraud Act ("CDAFA") affords "protection[ ] to individuals, businesses, and governmental agencies from tampering, interference, damage, and unauthorized access to lawfully created computer data and computer systems." Cal. Pen. Code § 502(e).  The CDAFA provides those entities with a private right of action to protect their computer data and systems.  *Id.* § 502(e)(1).

77.     Lee has violated § 502(c)(1) by knowingly accessing and without permission using CoStar's data, computer, computer system, or computer network in order to wrongfully control or obtain money, property, or data.

78.     Lee has violated § 502(c)(2) by knowingly and without permission taking, copying, and making use of data from CoStar's computers, computer systems, and computer networks.

79.      Lee has violated § 502(c)(3) by knowingly and without permission using or causing to be used CoStar's computer services.

80.     Lee has violated § 502(c)(7) by knowingly and without permission accessing and causing to be accessed CoStar's computers, computer systems, and computer networks.

81.     NegotiateLease.com is liable for Lee's unauthorized access to CoStar's computers and servers and use of CoStar's contractually protected proprietary information.

82.     On information and belief, Lee is the owner and sole person in control of NegotiateLease.com.  Further, Negotiate Lease derived a direct financial benefit from Lee's unlawful activities.

83.     Alternatively, and on information and belief, NegotiateLease.com is liable for Lee's unauthorized access to CoStar's computers and servers and use of CoStar's contractually protected proprietary information because Lee acted within the scope of his employment, NegotiateLease.com has the right and ability to supervise and control Lee's unlawful activities, and, at all relevant times, NegotiateLease.com derived a direct financial benefit from Lee's unlawful activities.

84.     Lee had knowledge of his unlawful conduct by, among other things, acquiring and using the credentials of a subscriber to CoStar's subscription database to gain access and use CoStar's subscription database.

85.     As a direct and proximate result of Lee's unlawful conduct within the meaning of § 502, Lee has caused damage to CoStar, as described herein and including requiring CoStar to take extraordinary actions to monitor its website, in an amount to be proven at trial.

86.     Pursuant to § 502(e), CoStar is entitled to an injunction, compensatory damages, attorneys' fees, and other equitable relief as prayed for in this Complaint.

87.     Pursuant to § 502(e), Lee has acted with oppression, fraud and malice toward CoStar, entitling CoStar to an award of punitive damages in an amount sufficient to deter him from future misconduct.

### **THIRD CLAIM FOR RELIEF**

### **Copyright Infringement, 17 U.S.C. § 101 *et seq.***

### **(Against Defendants)**

88.     CoStar repeats and realleges each and every allegation set forth above, and incorporates them herein by reference.

89.     Each of CoStar's photographs constitutes an original work of authorship and copyrightable subject matter under the laws of the United States.

17

COMPLAINT FOR COMPUTER FRAUD AND ABUSE; CALIFORNIA COMPUTER DATA ACCESS & FRAUD ACT; COPYRIGHT INFRINGEMENT; FRAUD; BREACH OF CONTRACT; AND UNJUST ENRICHMENT, Case No.:

90.     CoStar owns or has exclusive rights to all rights, title, and interest in and to the photographs.

91.     Lee had and has access to CoStar photographs as a result of his unauthorized access to CoStar's subscription database.

92.     On information and belief, Lee has copied and reproduced CoStar-copyrighted photographs—including without limitation those copyrighted works identified in Exhibit D hereto—without the consent or authority of CoStar, thereby infringing CoStar's copyrights.

93.     CoStar owns the exclusive rights in each of the photographs detailed in Exhibit D and has validly registered each of the photographs with the United States Copyright Office either before Defendants' acts of infringement or within three months of its first publication.  The registration number for each photograph is set forth in Exhibit D.

94.     Lee's copies and reproductions are identical and/or substantially similar to CoStar's photographs.

95.     Lee is directly liable for these acts of infringement in violation of 17 U.S.C. §§ 106 and 501.

96.     NegotiateLease.com is secondarily liable for Lee's infringing acts.

97.     On information and belief, NegotiateLease.com is liable for contributory copyright infringement because it induced, caused, and/or materially contributed to Lee's infringing activities and had knowledge, or reason to know, of Lee's infringing activities.

98.     On information and belief, NegotiateLease.com is vicariously liable for Lee's infringing activities.  NegotiateLease.com has the right and ability to supervise and control Lee's unlawful activities, and, at all relevant times, NegotiateLease.com derived a direct financial benefit from Lee's unlawful activities.

99.     The infringement of CoStar's rights in each of its copyrighted photographs constitutes a separate and distinct act of infringement.

100.     Lee's acts of infringement have been willful, intentional, purposeful, and in disregard of CoStar's rights under the Copyright Act.  Lee knew his acts were infringing and

18

1    intentionally or recklessly disregarded the law by their conduct.

2          101.    CoStar did not authorize Lee's acts.

3          102.    CoStar believes that additional instances of Lee's infringement of its copyrighted

4    photographs will be revealed during the discovery process.

5          103.    As a result of Lee's willful copyright infringement and NegotiateLease.com's

6    secondary liability, CoStar has been and will continue to be damaged as a direct and proximate

7    result of the infringing acts set forth above, and Defendants have been unjustly enriched by their

8    unlawful infringement of CoStar's copyrighted photographs.

9          104.    CoStar is entitled to damages as well as Defendants' profits under 17 U.S.C. §

10   504(b) in an amount to be proven at trial.

11         105.    Alternatively, CoStar is entitled to the maximum statutory damages available

12   under 17 U.S.C. § 504(c) in the amount of $150,000 for the infringement of each CoStar

13   copyrighted work or for such other amount as may be proper under 17 U.S.C. § 504(c).

14         106.    CoStar is further entitled to its attorneys' fees and costs pursuant to 17 U.S.C. §

15   505.

16         107.    Lee's infringement of CoStar's exclusive rights and NegotiateLease.com's related

17   conduct has caused CoStar irreparable injury.  Unless restrained and enjoined, Defendants will

18   continue to infringe CoStar's copyrighted works.  As CoStar's remedies at law are inadequate,

19   CoStar is also entitled to injunctive relief as provided by 17 U.S.C. § 502 and an order

20   impounding or destroying any and all infringing materials pursuant to 17 U.S.C. § 503.

21                          **<u>FOURTH CLAIM FOR RELIEF</u>**

22                                   **Fraud**

23                          **(Against Defendants)**

24         108.    CoStar repeats and realleges each and every allegation set forth above, and

25   incorporates them herein by reference.

26         109.    Lee repeatedly logged into CoStar's subscription database.  By doing so, Lee

27   represented that he accepted CoStar's Terms of Use.

28
                                        19

110.    By accepting CoStar's Terms of Use, Lee represented to CoStar he would not access any portion of a Passcode Protected Product unless he was an Authorized User for such Passcode Protected Product (as those terms are defined in the Terms of Use).

111.    Lee's representations to CoStar that he would abide by its Terms of Use were false.  Every time Lee accessed CoStar's subscription database and every time he entered the credentials of an Authorized User and clicked "Log In," he intended to, and did, violate the Terms of Use.

112.    By using the credentials of an Authorized User, Lee concealed from CoStar his true intent to violate the Terms of Use, and also misrepresented and hid his identity when gaining access to and using CoStar's subscription database.

113.    CoStar relied on Lee's representations and omissions by providing the information and data available on its subscription database to Lee, which included allowing Lee to view and download information on various properties.

114.    Each of Lee's fraudulent representations and omissions is set forth in Exhibit B.

115.    NegotiateLease.com is liable for Lee's fraudulent representations and omissions.

116.    On information and belief, Lee is the owner and sole person in control of NegotiateLease.com.  Further, Negotiate Lease derived a direct financial benefit from Lee's unlawful activities.

117.    Alternatively, and on information and belief, NegotiateLease.com is liable for Lee's fraudulent representations and omissions because Lee acted within the scope of his employment, NegotiateLease.com has the right and ability to supervise and control Lee's unlawful activities, and, at all relevant times, NegotiateLease.com derived a direct financial benefit from Lee's unlawful activities.

118.    As a result of this fraudulent misconduct, CoStar has been damaged in an amount to be proven at trial.

COMPLAINT FOR COMPUTER FRAUD AND ABUSE; CALIFORNIA COMPUTER DATA ACCESS & FRAUD ACT; COPYRIGHT INFRINGEMENT; FRAUD; BREACH OF CONTRACT; AND UNJUST ENRICHMENT, Case No.:

**FIFTH CLAIM FOR RELIEF**

**Breach of Contract**

**(Against Defendants—In the Alternative to the Fourth Claim for Relief)**

119.    CoStar repeats and realleges each and every allegation set forth above, and incorporates them herein by reference.

120.    Every time Lee logged into CoStar's database, Lee agreed to be bound by CoStar's Terms of Use.

121.    The Terms of Use provided that only individuals who entered into a License Agreement with CoStar—and thus were Authorized Users—could access CoStar's Passcode Protected Product (as those terms are defined in the Terms of Use).

122.    The Terms of Use prohibit anyone who is not an Authorized User from accessing Passcode Protected Product.

123.    The Terms of Use also prohibit anyone who is not an Authorized User from storing, copying or exporting any portion of the Product into any database or other software.

124.    CoStar has performed all of the conditions, covenants, and promises required on its part to be performed in accordance with the terms and conditions of CoStar's Terms of Use.

125.    Lee breached CoStar's Terms of Use by, among other things, accessing CoStar's Passcode Protected Product and storing, copying, or exporting any portion of the Product into any database or other software when he was not an Authorized User.

126.    NegotiateLease.com is liable for Lee's breaches of CoStar's Terms of Use.

127.    On information and belief, Lee is the owner and sole person in control of NegotiateLease.com.  Further, Negotiate Lease derived a direct financial benefit from Lee's unlawful activities.

128.    Alternatively, and on information and belief, NegotiateLease.com is liable for Lee's breaches of CoStar's Terms of Use because Lee acted within the scope of his employment, NegotiateLease.com has the right and ability to supervise and control Lee's unlawful activities, and, at all relevant times, NegotiateLease.com derived a direct financial benefit from Lee's

21

COMPLAINT FOR COMPUTER FRAUD AND ABUSE; CALIFORNIA COMPUTER DATA ACCESS & FRAUD ACT; COPYRIGHT INFRINGEMENT; FRAUD; BREACH OF CONTRACT; AND UNJUST ENRICHMENT, Case No.:

unlawful activities.

129.     As a result of this unlawful conduct, CoStar has been damaged in an amount to be determined at trial.

### SIXTH CLAIM FOR RELIEF

**Unjust Enrichment**

**(Against Defendants—In the Alternative to the Fifth Claim for Relief)**

130.     CoStar repeats and realleges each and every allegation set forth above, and incorporates them herein by reference.

131.     In the alternative to any claim for breach of contract, and to the extent there is an absence of a binding agreement between the parties or such agreement is ineffective, Defendants are liable to CoStar under the doctrine of unjust enrichment.

132.     CoStar expects that any user of its database is an Authorized User (as that term is defined in the Terms of Use) who pays CoStar's subscription fees to access its database.

133.     Each time Lee logged in and used the CoStar database, he willing accepted a benefit that he knew or should have known he did not pay for.

134.     By accessing the CoStar database, Lee received the benefit of a CoStar subscription without paying CoStar for that access and had knowledge of the benefits CoStar conferred upon him as a result of such unlawful access.

135.     Lee voluntarily accepted, retained and received the benefits CoStar provided and was enriched by those benefits.

136.     Lee's acceptance and retention of these benefits under the circumstances make it inequitable for him to retain the benefit without payment of the value to CoStar.

137.     NegotiateLease.com is liable for Lee's unlawful conduct.

138.     On information and belief, Lee is the owner and sole person in control of NegotiateLease.com.  Further, Negotiate Lease also derived a direct financial benefit from Lee's unlawful activities.

139.     Alternatively, and on information and belief, NegotiateLease.com is liable for

22

1   Lee's unlawful conduct because Lee acted within the scope of his employment,

2   NegotiateLease.com has the right and ability to supervise and control Lee's unlawful activities,

3   and, at all relevant times, NegotiateLease.com derived a direct financial benefit from Lee's

4   unlawful activities.

5        140.   Had CoStar known the true facts, it would have expected remuneration from

6   Defendants at the time the benefit was conferred.

7        141.   CoStar is entitled to recover from Defendants the value of the benefit conferred.

8        142.   Defendants have been unjustly enriched at the expense of CoStar, and as a result

9   CoStar is entitled to an award reflecting the value of the services the Defendants obtained and the

10  benefits they received from those services.

11                          **PRAYER FOR RELIEF**

12       WHEREFORE, CoStar prays for judgment against Defendants as follows:

13       A.     For an award pursuant to 18 U.S.C. § 1030(g) of compensatory damages;

14       B.     For an award pursuant to California Penal Code § 502(e) of compensatory

15  damages;

16       C.     For an award pursuant to 17 U.S.C. § 504(b) of compensatory damages and

17  Defendants' profits or, as CoStar may elect at any time before final judgment is rendered,

18  statutory damages pursuant to 17 U.S.C. § 504(c);

19       D.     For an award of damages and disgorgement arising from Lee's breaches of

20  CoStar's Terms of Use, and the misappropriation of CoStar material as a result of those breaches

21  or, in the alternative, for an award of damages arising from Lee's materially false representations

22  and the unauthorized access to CoStar's proprietary database that resulted from such

23  misrepresentations; and for an award reflecting the value of the services Defendants obtained and

24  disgorging all profits, benefits, and other compensation obtained by Defendants;

25       E.     For a permanent injunction (1) barring Defendants' continued unauthorized

26  access to CoStar's computers and servers; (2) barring Defendants from sharing or distributing

27  any information acquired from CoStar's database with any other organization or individual; and

28

23

COMPLAINT FOR COMPUTER FRAUD AND ABUSE; CALIFORNIA COMPUTER DATA ACCESS & FRAUD ACT; COPYRIGHT INFRINGEMENT; FRAUD; BREACH OF CONTRACT; AND UNJUST ENRICHMENT, Case No.:

(3) ordering Defendants to purge all CoStar content from any computers, databases, or servers that they use or maintain;

      F.      For further permanent injunctive relief as deemed necessary by the Court;

      G.      For an award of CoStar's costs, including its reasonable attorneys' fees and disbursements of counsel, as permitted by law;

      H.      For prejudgment and post-judgment interest according to law;

      I.      For exemplary damages to the extent available; and

      J.      For such further and additional relief as the Court may deem just and proper.

## <u>DEMAND FOR A JURY TRIAL</u>

CoStar demands a trial by jury on all issues properly tried to a jury.

COMPLAINT FOR COMPUTER FRAUD AND ABUSE; CALIFORNIA COMPUTER DATA ACCESS & FRAUD ACT; COPYRIGHT INFRINGEMENT; FRAUD; BREACH OF CONTRACT; AND UNJUST ENRICHMENT, Case No.:

Dated:  October 3, 2018                    Respectfully submitted,


                                           By: /s/ Williams Faulkner

                                           WILLIAM FAULKNER (83385)
                                             wfaulkner@mcmanislaw.com
                                           ELIZABETH PIPKIN (243611)
                                             epipkin@mcmanislaw.com
                                           MCMANIS FAULKNER
                                           A PROFESSIONAL CORPORATION
                                           12400 Wilshire Blvd, Suite 400
                                           Los Angeles, CA 90025
                                           Telephone:  (310) 488-5250
                                           Facsimile:  (408) 279-3244

                                           NICHOLAS J. BOYLE (*pro hac vice* forthcoming)
                                             nboyle@wc.com
                                           DAVID R.J. RISKIN (*pro hac vice* forthcoming)
                                             driskin@wc.com
                                           TAMARA A. RUBB (320073) (*pro hac vice*
                                           forthcoming)
                                             trubb@wc.com
                                           WILLIAMS & CONNOLLY LLP
                                           725 12th Street, N.W.
                                           Washington, DC 20005
                                           Telephone:  (202) 434-5000
                                           Facsimile:  (202) 434-5029

                                           *Attorneys for CoStar Group, Inc. and CoStar Realty
                                           Information, Inc.*

COMPLAINT FOR COMPUTER FRAUD AND ABUSE; CALIFORNIA COMPUTER DATA ACCESS & FRAUD ACT; COPYRIGHT INFRINGEMENT; FRAUD; BREACH OF CONTRACT; AND UNJUST ENRICHMENT, Case No.:

# EXHIBIT A

## DECLARATION

I, Frank B. Chang, declare, under the penalty of perjury, as follows:

1.     I currently work at AMCAL Multi-Housing, Inc. (AMCAL) where I have been employed since November 2015.

2.     I have recently become aware of how seriously CoStar takes its intellectual property rights.  Among other things, CoStar has Terms of Use that prevent an authorized user from sharing his or her credentials with an unauthorized user.  I am an authorized user of CoStar's subscription database through an account provided to me by my employer, AMCAL.

3.     I provided my account credentials to a personal friend, Mr. Joon Lee, who works at NegotiateLease.com, on several occasions.  I have been informed by CoStar that Mr. Lee is a former CoStar subscriber.

4.     I now realize that sharing my credentials was a breach of AMCAL's contract with CoStar.

5.     I also understand that should I share AMCAL's CoStar account credentials in the future, AMCAL may be subject to significant damages.

6.     I recognize that any such credential sharing by me, which would allow unauthorized access to CoStar by third parties, puts AMCAL's CoStar license at risk.

7.     I certify that I executed this declaration voluntarily and of my own free will.

8.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 30, 2018.

Frank B. Chang
VP, AMCAL Multi-Housing, Inc.

# EXHIBIT B

# EXHIBIT B

### Lee Device 1: 32 Successful Logins

| IP Address | Login Credentials Used | Login Date | Login Time |
|---|---|---|---|
| 172.91.6.173 | Frank Chang | 12/30/2017 | 1:02 am |
| 104.175.63.143 | Frank Chang | 1/10/2018 | 3:37 am |
| 104.175.63.143 | Frank Chang | 1/14/2018 | 9:10 pm |
| 104.175.63.143 | Frank Chang | 1/17/2018 | 3:44 am |
| 104.175.63.143 | Frank Chang | 1/17/2018 | 6:27 am |
| 104.175.63.143 | Frank Chang | 1/24/2018 | 6:42 pm |
| 104.175.63.143 | Frank Chang | 1/25/2018 | 5:12 am |
| 104.175.63.143 | Frank Chang | 1/28/2018 | 7:48 pm |
| 104.175.63.143 | Frank Chang | 1/31/2018 | 6:06 pm |
| 104.175.63.143 | Frank Chang | 2/5/2018 | 12:27 am |
| 104.175.63.143 | Frank Chang | 2/6/2018 | 12:17 am |
| 104.175.63.143 | Frank Chang | 2/6/2018 | 6:39 am |
| 104.175.63.143 | Frank Chang | 2/8/2018 | 9:13 pm |
| 104.175.63.143 | Frank Chang | 2/10/2018 | 9:05 pm |
| 104.175.63.143 | Frank Chang | 2/15/2018 | 4:48 am |
| 104.175.63.143 | Frank Chang | 2/22/2018 | 1:49 am |
| 104.175.63.143 | Frank Chang | 2/22/2018 | 5:17 pm |
| 104.175.63.143 | Frank Chang | 2/22/2018 | 9:15 pm |
| 104.175.63.143 | Frank Chang | 2/24/2018 | 9:54 pm |
| 104.175.63.143 | Frank Chang | 2/26/2018 | 4:15 am |
| 104.175.63.143 | Frank Chang | 2/28/2018 | 8:28 pm |
| 104.175.63.143 | Nina Moon | 6/27/2018 | 7:48 pm |
| 104.175.63.143 | Nina Moon | 7/9/2018 | 6:45 pm |
| 104.175.63.143 | Nina Moon | 8/3/2018 | 12:17 am |
| 104.175.63.143 | Nina Moon | 8/7/2018 | 12:33 am |
| 104.175.63.143 | Nina Moon | 8/7/2018 | 6:44 pm |
| 104.175.63.143 | Nina Moon | 8/9/2018 | 9:24 pm |

# EXHIBIT B

**Lee Device 1: 32 Successful Logins**

| IP Address | Login Credentials Used | Login Date | Login Time |
|---|---|---|---|
| 104.175.63.143 | Nina Moon | 8/10/2018 | 12:37 pm |
| 104.175.63.143 | Nina Moon | 8/13/2018 | 9:21 pm |
| 104.175.63.143 | Nina Moon | 8/21/2018 | 9:36 pm |
| 104.175.63.143 | Nina Moon | 8/27/2018 | 9:18 pm |
| 104.175.63.143 | Nina Moon | 8/30/2018 | 5:52 pm |

**Lee Device: 3 Successful Logins**

| IP Address | Login Credentials Used | Login Date | Login Time |
|---|---|---|---|
| 104.175.63.143 | Frank Chang | 2/22/2018 | 9:35 pm |
| 104.175.63.143 | Frank Chang | 2/23/2018 | 8:57 pm |
| 67.201.11.77 | Nina Moon | 6/11/2018 | 11:39 pm |

# EXHIBIT C

(/)




# Terms of Use

YOUR USE OF THIS WEB SITE CONSTITUTES YOUR AGREEMENT TO BE BOUND BY THESE TERMS AND CONDITIONS OF USE.

## Acceptance of Terms of Use

This site (the "Site") is operated by CoStar Realty Information, Inc. and its affiliates (collectively, "CoStar" or "we" or "us"). By accessing or using this Site (or any part thereof), you agree to be legally bound by the terms and conditions that follow (the "Terms of Use") as we may modify them from time to time. These Terms of Use apply to your use of this Site, including the CoStar services offered via the Site. They constitute a legal contract between you and CoStar, and by accessing or using any part of the Site you represent and warrant that you have the right, power and authority to agree to and be bound by these Terms of Use. If you do not agree to the Terms of Use, or if you do not have the right, power, and authority to agree to and be bound by these Terms of Use, you may not use the Site. Notwithstanding anything to the contrary herein, if you and CoStar have entered into a separate written agreement that covers your use of a CoStar service, the terms and conditions of such agreement shall control with respect to such service to the extent they are inconsistent with these Terms of Use.

## Purpose of Site

The Site is intended to provide information about commercial real estate and CoStar. The information and services offered on or through this Site are provided solely for general business information, do not constitute real estate, legal, tax, accounting, investment or other professional advice, or an offer to sell or lease real estate, and may not be used for or relied upon for these purposes. No lawyer-client, advisory, fiduciary or other relationship is created by your accessing or using this Site or communicating by way of email or through this Site. You shall not use information and services offered on or

through this Site for personal, family or household purposes or to determine an individual's eligibility for credit, insurance, employment, or government license or benefit.

# Services

The information, data, text, software, photographs, images, graphics, organization, layout, design, and other content contained on or provided through this Site (collectively, the "Content") are proprietary to CoStar and its licensors, and are protected by copyright and other Canadian and international intellectual property rights, laws and treaties. The Content includes proprietary databases (the "Database") of commercial real estate information, which, by way of example, include information, text, photographic and other images and data contained therein (collectively, the "Information") and the proprietary organization and structures for categorizing, sorting and displaying such Information, and the related software ("Software"). The Site, Content, Database, Information, Software and any portion of the foregoing, including any derivatives, adaptations, successors, updates or modifications provided thereto and any information derived from the use of the Database, including as a result of the verification of any portion of the Information, are collectively referred to herein as the "Product".

Those portions of the Product that may be accessed by the general public and that do not require any use of Passcodes (as defined below) or facial recognition authentication are referred to as the "Non-Passcode Protected Product". Those portions of the Product that require use of Passcodes and, if applicable, facial recognition authentication for access and are available only to individuals or entities ("CoStar Clients"), or those acting through them, who enter into a License Agreement (as defined below) with CoStar that authorizes access to such CoStar service are referred to as the "Passcode Protected Product".

The Passcode Protected Product includes, for example, the CoStar Property Professional®, CoStar COMPS Professional®, and CoStar Tenant® services as well as the CoStar COMPS Express®, CoStar Property Express®, CoStar Listings Express®, and Showcase.com® (Showcase.com (http://www.showcase.com/)) services. CoStar utilizes registered and unregistered trademarks protected by United States, Canadian and other laws. A "License Agreement" is defined as either (i) a written and signed contract between a CoStar Client and CoStar that authorizes access to a CoStar service, or (ii) an online contract between the CoStar Client and CoStar that is formed by online registration and acceptance of these Terms of Use or other online contract established by CoStar and that authorizes access to a CoStar service.

Only Authorized Users (defined below) for a Passcode Protected Product may access such product and they may access it solely using the user name, password (collectively, the "Passcodes") and, if required by CoStar, facial recognition authentication. CoStar may use the Passcode and, if required by CoStar, facial recognition authentication as the means to authenticate your identity when you access and use the Passcode Protected Product. As part of the facial recognition authentication, you must register your internet-capable, camera-ready mobile device with CoStar, which requires you to permit CoStar to take an initial photograph of your face through your device's camera. Thereafter, each time you access the Passcode Protected Product, you agree to permit CoStar to take a photograph of your face through your device's camera for CoStar to authenticate. CoStar may store any photographs or other files you submit in its systems indefinitely and use them for the purpose of Passcode Protected Product authentication. CoStar is under no obligation to confirm the actual identity or authority of any party accessing the Passcode Protected Product under your Passcode or other authentication method. An Authorized User will maintain the confidentiality of his/her Passcode and may not share his/her Passcodes with any other person, nor may an Authorized User allow any other person to use or have access to his/her Passcodes. You agree to notify Steven Williams, Asst. Director of CoStar Group, Inc., via email at swilliams@costar.com (mailto:swilliams@costar.com) or via telephone at 888-226-7404 immediately of any unauthorized use of any Passcode or other breach of security.

Unauthorized attempts to (i) defeat or circumvent Passcodes or other security features (e.g., facial recognition authentication), (ii) use the Site or the Product for other than intended purposes, or (iii) obtain, alter, damage or destroy information or otherwise to interfere with the system of its operation are not permitted and may result in a loss of access to the Passcode Protected Product. Evidence of such acts may also be disclosed to law enforcement authorities and result in criminal prosecution under the laws of the United States, Canada or such other jurisdictions as may apply.

An "Authorized User" is defined as an individual (a) employed by a CoStar Client or an Exclusive Contractor (as defined below) of a CoStar Client at a site identified in the License Agreement, and (b) who is specified in the License Agreement as a user of a specific Passcode Protected Product and represented by the Client to be an employee or Exclusive Contractor of the Client. An "Exclusive Contractor" is defined as an individual person working solely for the CoStar Client and not another company with real estate information needs or for themselves and performing substantially the same services for such CoStar Client as an employee of such CoStar Client. CoStar's issuance of a Passcode shall not be construed as a confirmation or admission by CoStar that the person receiving the Passcode qualifies as an Authorized User.

# Free Trial

From time to time, in CoStar's sole discretion, CoStar may offer a free trial period ("Free Trial") to certain individuals ("Free Trial Participant") chosen by CoStar to participate in the free trial. CoStar will specifically notify the Free Trial Participants of their eligibility to participate in the Free Trial. Unless terminated sooner by CoStar, the Free Trial shall last for the length of time specified in the email from CoStar that distributes Passcodes to the Free Trial Participant or in any other notification to the Free Trial Participant by CoStar. The terms set forth in that email or notification, combined with these Terms of Use, shall constitute a License Agreement between CoStar and the Free Trial Participant relating to such individual's access to and use of the associated Passcode Protected Product being offered through the Free Trial. During the Free Trial the Free Trial Participant shall be considered an Authorized User and a CoStar Client (as defined in these Terms of Use) and may use the Passcode Protected Product during the Free Trial subject to and solely in accordance with the terms outlined in such License Agreement relating to the Free Trial (which includes these Terms of Use).

# Permitted Uses

Subject to the provisions in these Terms of Use, you may use the Non-Passcode Protected Product (or, if you are an Authorized User, subject to the provisions in your License Agreement and these Terms of Use, you may use the applicable Passcode Protected Product), in the ordinary course of your business for:

(1) Your internal research purposes;

(2) Providing information regarding a limited number of particular properties and market trends to your clients and prospective clients;

(3) Marketing properties;

(4) Supporting your valuation, appraisal or counseling regarding a specific property; and

(5) Creating periodic general market research reports for in-house use or for clients' or prospective clients' use, provided that such reports do not contain building-specific or tenant-specific Information and are not commercially or generally distributed.

Subject to the provisions in your License Agreement and these Terms of Use, you may print Information or copy Information into word processing, spreadsheet and presentation programs (or other software programs with the

express written consent of CoStar), so long as the level of Information being printed or copied is reasonably tailored for your purposes, insubstantial and used in compliance with these use and copying provisions.

Notwithstanding the foregoing, the Information you access through the "Free Building Lookup" feature on this Site may only be viewed by you for your individual, non-commercial use while visiting this Site.

# Prohibited Uses

You shall not, except (i) as may be expressly set forth above under "Permitted Uses" and (ii) to the extent necessary to integrate commercial property listings within CoStar's commercial real estate marketing website available through CoStar Showcase®, (a) distribute, disclose, copy, reproduce, communicate to the public by telecommunication, make available, display, publish, transmit, assign, sublicense, transfer, provide access to, use, rent or sell, directly or indirectly (including in electronic form) any portion of the Product, or (b) modify, adapt or create derivative works of any portion of the Product.

Notwithstanding anything to the contrary herein, you shall not:

  (1) Access any portion of a Passcode Protected Product unless you are an Authorized User for such Passcode Protected Product using the Passcodes assigned to you by CoStar to access the components and services of the Passcode Protected Product that your License Agreement authorizes you to access, subject to the terms contained therein and in these Terms of Use;

(2) Access or use any portion of the Product if you are a direct or indirect competitor of CoStar, nor shall you provide, disclose or transmit any portion of the Product to any direct or indirect competitor of CoStar (by way of example, a "direct or indirect competitor" of CoStar includes, but is not limited to, Internet listing services or other real estate information services and employees, independent contractors and agents of such services);

(3) Provide your Passcode or otherwise provide access to a Passcode Protected Product to any individual other than yourself, including by providing the results of queries of or reports generated from a Passcode Protected Product to a person who is not a client or prospective client.

(4) Use or distribute any Information from the Product, including Information that has been verified or confirmed by you or anyone else, to directly or indirectly create or contribute to the development of any database or product;

(5) Modify, merge, decompile, disassemble, scrape, translate, decode or reverse engineer any portion of the Product, or use any data mining, gathering or extraction tool, or any robot, spider or other automatic device or manual

process, to monitor or copy any portion of the Product or the data generated from it;

(6) Use, reproduce, publish or compile any portion of the Product for the purpose of selling or licensing any portion of the Product or making any portion of the Product publicly available;

(7) Store, copy or export any portion of the Product into any database or other software, except as expressly set forth in the Permitted Uses above;

(8) Upload, post or otherwise publish any portion of the Product on, or provide access to any portion of the Product through, the Internet, any bulletin board system, any other electronic network, any data library, any listing service or any other data sharing arrangement, except that you may e-mail a report containing Information that complies with the Permitted Use provisions set forth above to a limited number of your clients and prospective clients;

(9) Upload, post, e-mail, make available or otherwise transmit or communicate to the public by telecommunication any information, data, text, software, photographs, images, graphics, or other content to or through the Product, or use any portion of this Product in a manner, that:

(a) is unlawful, threatening, abusive, harmful, libelous, tortious, defamatory, false, misleading, obscene, vulgar, racially or ethnically offensive, invasive of privacy or publicity rights, inclusive of hate speech, or would constitute or encourage a criminal offence, violate the rights of any party, give rise to liability or violate any local, provincial, federal or international law, intentionally or unintentionally, or is otherwise objectionable;

(b) infringes any patent, copyright, trademark, trade secret, or other proprietary right of any party or violates the privacy or publicity rights of any party;

(c) constitutes unlawful advertising or fraudulent, unfair or deceptive practices, "spam," or any other form of unlawful solicitation in the United States, Canada or other county, including the Kansas non-solicitation law (K.S.A. 45-230), which, with limited exceptions, prohibits anyone from knowingly selling, giving or receiving, for the purpose of selling or offering for sale any property or service to persons listed therein, any list of names and addresses contained in or derived from Kansas public records; or

(d) contains software viruses or any other computer code, files or programs that are designed to or have the capability to interrupt, modify, damage, improperly access, disable, destroy or limit the functionality of the Product or

servers or networks connected thereto or the activities of other users of the Product or of any computer software or hardware or telecommunications equipment.

(10) Except as set forth in a License Agreement, you acknowledge and agree that you do not have a right to make available, communicate to the public by telecommunication, transmit under any law, contractual obligation (i.e., nondisclosure agreement) or fiduciary duty any information about the Product.

(11) Impersonate any person or entity, including but limited to an Authorized User, or falsely state or otherwise misrepresent any registration information, or otherwise disguise the origin of any information, data, text, software, photographs, images, graphics, or other content posted on or transmitted through the Product; and

(12) Use any portion of the Product to encourage or engage in illegal activity, stalk or harass another person, or violate these Terms of Use or any applicable local, state, provincial, national or international law, rule, regulation or ordinance, including without limitation, state, provincial and local real estate practice, spam or privacy laws.

# Fees

You are responsible for the timely payment of any fees incurred by your use of components and services available on the Site or via links to other web sites, and all taxes applicable to your use of the Product.

SUBJECT TO THE TERMS OF ANY LICENSE AGREEMENT BETWEEN COSTAR AND YOUR COMPANY, WE RESERVE THE RIGHT, AT ANY TIME AND FROM TIME TO TIME, TO PROSPECTIVELY CHANGE THE NATURE AND AMOUNT OF FEES CHARGED FOR ACCESS TO THE PRODUCT OR ANY OF THE COMPONENTS OR SERVICES AVAILABLE ON THE PRODUCT, AND THE MANNER IN WHICH SUCH FEES ARE ASSESSED.

If you are accessing the Passcode Protected Product, you agree: (1) to provide CoStar with accurate and complete registration and billing information and to promptly update such information in the event it changes; and (2) to pay any applicable license fees or other fees incurred by your use of the Passcode Protected Product.

With respect to the online registration for subscribing to market commercial real estate listings through CoStar Showcase® (Showcase.com (http://www.showcase.com/)), you agree to a recurring monthly charge on your credit card until canceled by you upon 30 days written notice to CoStar.

# Termination and Interruption of Access

You acknowledge and agree that CoStar may interrupt, terminate, discontinue, or block your access to the Product or portions thereof at any time, subject to the terms of any License Agreement in place between you or your company and CoStar. CoStar reserves the right to terminate or suspend your use of a CoStar service or to terminate your License Agreement upon a good faith determination of a violation of the terms of any material provision of any other agreement between the parties or their affiliates. In the event such suspension or termination occurs, you shall cease using any portion of the Product, permanently delete or destroy all portions of the Product within your possession, custody or control, and, upon written request from CoStar, certify, in writing, your compliance with this provision.

If you are a CoStar Client, your License Agreement sets forth an initial term that expires on a specified date and that may automatically renew for a specified length. Following the effective date of termination or non-renewal of your License Agreement, you shall cease using any portion of the Product. In addition, you shall permanently delete or destroy all portions of the Product within your possession, custody or control and, upon written request from CoStar, certify, in writing, your compliance with this provision.

# Confidentiality Within Web Version of CoStar Property Professional®

The documents stored in the "My Survey" section of the CoStar Property Professional® service are intended to be confidential. Except as otherwise provided herein, CoStar personnel shall not review or disclose to others the documents or other information stored there. Authorized access is designed to be restricted to the Authorized User(s) that store the information there and other users designated by such Authorized User(s) to have access to the information.

Consistent with this goal of confidentiality, in addition to any other right provided for herein, CoStar reserves the right to compile statistical information regarding use of various features of this Site and CoStar's services, including the "My Survey" section of CoStar Property Professional. CoStar also reserves the right for CoStar and its contractors to access any portion of its services to perform customer support, product or system development, routine security inspections, to protect against unauthorized use of our products or services, to respond to legal process, or if otherwise required to do so by law.

## Submitted Content

This Product may include opportunities for users to submit information, data, text, photographs, images, graphics, messages, links, expressions of ideas and other content to the Product, for it to be publicly displayed on the Product,

used by CoStar in connection with researching real estate activity, or for some other purpose ("Submitted Content"). CoStar acknowledges that if you provide CoStar with any information or images, then you retain any applicable ownership rights that you may have with respect to such information and images. However, you understand that all such Submitted Content, whether publicly posted or privately transmitted, is the sole responsibility of the person from which such content originated. This means that you, and not CoStar, are entirely responsible for all such content that you upload, post, e-mail or otherwise transmit to or via the Product. CoStar is under no obligation to post or use any such Submitted Content you may provide and may remove any such content at any time in CoStar's sole discretion.

You agree that CoStar may adjust portions of the Information contained within the Product. Any such adjustment will have no material impact on the meaning and interpretation of the Information, but will serve as a means of uniquely identifying the Information as having been supplied to you. You accept that this is a legitimate and lawful security precaution on the part of CoStar, and accept further that in the event that any third party has access to Information that can be identified as having your unique adjustments a prima facie breach of security and of these Terms of Use on your part may be assumed by CoStar.

With respect to all Submitted Content you elect to upload, post, e-mail or otherwise transmit to or via the Product, you grant CoStar and its Licensees a royalty-free, perpetual, irrevocable, non-exclusive and fully sub-licensable right and license (through multiple tiers) to use, reproduce, communicate to the public by telecommunications, make available, adapt, perform, display, publish, translate, prepare derivative works from, modify, distribute, sell, rent and take any other action with respect to such content (in whole or part) worldwide and/or to incorporate it in other works in any form, media, or technology now known or later developed. You further acknowledge and agree that CoStar may preserve any such content and may also disclose such content in its discretion. The foregoing license is without restrictions of any kind and without payment due from CoStar.

You also hereby forever waive and agree never to assert any and all Moral Rights you may have in or with respect to any Submitted Content. "Moral Rights" means any so-called "moral rights" or "droit moraux" or any similar right which you may have in any Submitted Content, existing under judicial or statutory law of any country in the world, or under any treaty. For greater certainty, these so-called "moral rights" or "droits moraux" shall not include the so-called "paternal right".

You represent and warrant that (a) you own or have the full right, power and authority to grant to CoStar use of and rights in and to all Submitted Content that you upload, post, e-mail or otherwise transmit to or via the Product; (b) your license of such content to CoStar hereunder does not, and the use or license of such content by CoStar to third parties will not, infringe any right or interest owned or possessed by any third party; and (c) there are no claims, judgments or settlements to be paid by you, or pending claims or litigation, relating to such content.

You acknowledge and agree that your submitting Submitted Content to the Site does not create any new or alter any existing relationships between you and CoStar.

CoStar has no obligation to monitor or screen Submitted Content and is not responsible for Submitted Content. However, CoStar reserves the right, in its sole discretion, to monitor Submitted Content, edit Submitted Content or delete Submitted Content at any time for any reason or no reason.

# CoStar Lease Analysis™

You own the lease information you submit to Lease Analysis. What's yours stays yours, and you can do anything you want with your data. If you are a commercial real estate owner, investor, broker or property manager, as long as you are a client, CoStar will always provide you access to your information in Lease Analysis at your request. And if you are a firm that owns, invests in, brokers, or manages commercial real estate, as long as you are a client, we will also always provide you with access to the lease information submitted by your users at your request.

CoStar will protect the lease information you submit and will treat it confidentially. This means that the researchers that collect the data in CoStar cannot see your information and that CoStar will secure it in a separate database.

CoStar will also never disclose or make identifiable the details of any specific lease that you submit, such as the property address or owner or tenant name. Instead, when you upload lease information to Lease Analysis, you grant CoStar permission to aggregate that information, identify trends and disclose those trends within analyses or reports we may provide to our customers. Any such analysis or report will not include the details of any submitted lease and will not otherwise disclose information sufficient to identify any lease you submit. We will apply a "Rule of 5". This means that CoStar will only disclose aggregated lease data based on information taken from 5 or more leases, involving at least 5 different buildings, owners and tenants. For example, a report provided by CoStar analyzing effective rents in Toronto, Ontario would

include aggregated effective rent information taken from a minimum of 5 leases involving at least 5 different buildings, owners and tenants, and the report would never disclose the specific details of a lease you submitted. In the event that you submit any personal information to Lease Analysis, you hereby represent and warrant that you have all consents necessary to share such information.

## CoStar Lease Comps<sup>TM</sup>

When you create your own lease comp in CoStar Lease CompsTM, we not only protect the lease comps you add in a secure and separate database and prevent anyone at CoStar from seeing or accessing them, but we also do not use the information for any purpose, including aggregating data from comps you enter.

## Map Data

Certain map data, including public transportation information, is ©Urban Mapping, Inc. and/or other parties, and is used with permission.

## Links; Framing

You may provide a hyperlink to the home page of this Site, which is www.costar.com (http://www.costar.com/), or to www.showcase.com (http://www.showcase.com/) provided that you must remove any such link upon request from CoStar. Except as set forth in the preceding sentence, or as otherwise authorized by CoStar in writing, links to and the framing of this Product or any of its Content is prohibited.

For your convenience, the Product may include links to other sites, some of them owned and operated by CoStar and some of them owned and operated by third parties. Under no circumstances shall CoStar be deemed to be associated or affiliated with, or viewed as endorsing or sponsoring, any web site that links to this Site, or is linked to from this Site, or any service or product that may be offered through such web sites. CoStar has not necessarily reviewed any or all of the content of such other web sites, does not guarantee the accuracy or timeliness of such sites, and disclaims responsibility for the content and services available therein. Different terms and conditions may apply to your use of any linked sites. It is your responsibility to review any such terms and conditions in connection with your use of any such sites. Any issues or disputes that may arise with respect to any such sites shall solely be between you and the applicable third party.

# Information Regarding Accuracy, Completeness and Timeliness of Information in the Product

The Product is provided for general information only and should not be relied upon or used as the basis for making significant decisions without consulting primary or more accurate, more complete or more timely sources of information. Any reliance upon the Product shall be at your own risk. Neither we, nor any third party involved in creating, producing or delivering the Product, is responsible if the Product is not accurate, complete or current. Neither we, nor any third party involved in creating, producing or delivering the Product, has any responsibility for any consequence relating directly or indirectly to any action or inaction that you take based on the Product.

## No Warranties

ALTHOUGH COSTAR ATTEMPTS TO PROVIDE AN ACCURATE PRODUCT, THE PRODUCT AND ALL PARTS THEREOF ARE PROVIDED "AS IS", "WITH ALL FAULTS" AND "AS AVAILABLE". COSTAR (INCLUDING ITS AFFILIATES), AND THEIR RESPECTIVE OFFICERS, DIRECTORS, EMPLOYEES, AGENTS, AND THIRD PARTY SUPPLIERS OR THEIR RESPECTIVE SUCCESSORS AND ASSIGNS (COLLECTIVELY, THE "COSTAR PARTIES") CANNOT AND DO NOT REPRESENT, WARRANT OR COVENANT THAT (I) THE PRODUCT WILL ALWAYS BE ACCURATE, COMPLETE, CURRENT, OR TIMELY; (II) THE OPERATION OF, OR YOUR ACCESS TO, PRODUCT THROUGH THE SITE WILL ALWAYS BE UNINTERRUPTED OR ERROR-FREE; AND/OR (III) DEFECTS OR ERRORS IN THE SITE OR THE PRODUCT, BE THEY HUMAN OR COMPUTER ERRORS, WILL BE CORRECTED.

THE COSTAR PARTIES DISCLAIM ANY AND ALL REPRESENTATIONS, WARRANTIES OR GUARANTEES OF ANY KIND, WHETHER EXPRESS, IMPLIED OR STATUTORY, INCLUDING WITHOUT LIMITATION (1) AS TO TITLE, MERCHANTABILITY, FITNESS FOR ORDINARY PURPOSES AND FITNESS FOR A PARTICULAR PURPOSE, NON-INFRINGEMENT, SYSTEM INTEGRATION, WORKMANLIKE EFFORT, QUIET ENJOYMENT AND NO ENCUMBRANCES OR LIENS, (2) THE QUALITY, ACCURACY, TIMELINESS OR COMPLETENESS OF THE LICENSED PRODUCT, (3) THOSE ARISING THROUGH COURSE OF DEALING, COURSE OF PERFORMANCE OR USAGE OF TRADE; (4) THE PRODUCT CONFORMING TO ANY FUNCTION, DEMONSTRATION OR PROMISE BY ANY COSTAR PARTY, AND (5) THAT ACCESS TO OR USE OF THE PRODUCT WILL BE UNINTERRUPTED, ERROR-FREE OR COMPLETELY SECURE.

ANY RELIANCE UPON THE PRODUCT IS AT YOUR OWN RISK AND THE COSTAR PARTIES MAKE NO WARRANTIES.

COSTAR RESERVES THE RIGHT TO RESTRICT OR TERMINATE YOUR ACCESS TO THE PRODUCT OR ANY FEATURE OR PART THEREOF AT ANY TIME.

# Limitation of Liability

TO THE FULLEST EXTENT PERMISSIBLE BY APPLICABLE LAW, THE COSTAR PARTIES WILL NOT BE HELD LIABLE FOR ANY LOSS, COST OR DAMAGE SUFFERED OR INCURRED BY YOU OR ANY THIRD PARTY INCLUDING WITHOUT LIMITATION THOSE ARISING OUT OF OR RELATED TO ANY FAULTS, INTERRUPTIONS OR DELAYS IN THE PRODUCT, OUT OF ANY INACCURACIES, ERRORS OR OMISSIONS IN THE INFORMATION CONTAINED IN THE PRODUCT, REGARDLESS OF HOW SUCH FAULTS, INTERRUPTIONS, DELAYS, INACCURACIES, ERRORS OR OMISSIONS ARISE, OR FOR ANY UNAUTHORIZED USE OF THE PRODUCT. IN ADDITION, IF YOU HAVE NOT PAID ANY FEES TO COSTAR TO ACCESS THE PRODUCT, TO THE FULLEST EXTENT PERMISSIBLE BY APPLICABLE LAW,

IF YOU DOWNLOAD ANY CONTENT FROM THIS PRODUCT, YOU DO SO AT YOUR OWN DISCRETION AND RISK. NONE OF THE COSTAR PARTIES SHALL BE LIABLE FOR ANY DAMAGES ARISING FROM, RELATING TO OR RESULTING FROM THE PRODUCT, THESE TERMS OF USE, OR YOUR USE OR INABILITY TO USE ANY OF THE FOREGOING. THESE LIMITATIONS OF LIABILITY INCLUDE DAMAGES FOR ERRORS, OMISSIONS, INTERRUPTIONS, DEFECTS, DELAYS, COMPUTER VIRUSES, LOSS OF PROFITS, LOSS OF DATA, UNAUTHORIZED ACCESS TO AND ALTERATION OF YOUR TRANSMISSIONS AND DATA, AND OTHER TANGIBLE AND INTANGIBLE LOSSES.

NOTWITHSTANDING ANY PROVISION CONTAINED HEREIN TO THE CONTRARY, AND TO THE FULLEST EXTENT PERMISSIBLE BY APPLICABLE LAW, IN NO EVENT WILL THE MAXIMUM AGGREGATE, CUMULATIVE LIABILITY OF THE COSTAR PARTIES FOR ANY AND ALL REASONS TO ANY PARTY FOR DAMAGES, DIRECT OR OTHERWISE, ARISING OUT OF OR IN CONNECTION WITH THE PRODUCT, THESE TERMS OF USE, OR A SEPARATE LICENSE AGREEMENT EXCEED THE TOTAL AMOUNT OF LICENSE FEES ACTUALLY PAID TO COSTAR UNDER THE RELEVANT LICENSE AGREEMENT BETWEEN THE RELEVANT COSTAR CLIENT AND COSTAR DURING THE TWELVE MONTH PERIOD IMMEDIATELY PRECEDING THE DATE SUCH CLAIM AROSE, REGARDLESS OF THE CAUSE OR FORM OF ACTION. RECOVERY OF THIS AMOUNT SHALL BE THE SOLE AND EXCLUSIVE REMEDY FOR THE COSTAR CLIENT OR ANY OTHER PARTY FOR ANY APPLICABLE DAMAGES.

TO THE FULLEST EXTENT PERMISSIBLE BY APPLICABLE LAW, UNDER NO CIRCUMSTANCES WILL ANY OF THE COSTAR PARTIES BE HELD LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL, EXEMPLARY, PUNITIVE OR ANY OTHER DAMAGES, INCLUDING, WITHOUT LIMITATION, LOST PROFITS,

ARISING OUT OF, BASED ON, OR RESULTING FROM, OR IN CONNECTION WITH THE PRODUCT, THESE TERMS OF USE, OR YOUR USE OR INABILITY TO USE ANY OF THE FOREGOING, EVEN IF COSTAR HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. THE FOREGOING EXCLUSION OF DAMAGES IS INDEPENDENT OF THE EXCLUSIVE REMEDY DESCRIBED ABOVE AND SURVIVES IN THE EVENT SUCH REMEDY FAILS.

NONE OF THE COSTAR PARTIES SHALL HAVE ANY LIABILITY FOR ANY DAMAGES RESULTING FROM ANY FAILURE TO PERFORM ANY OBLIGATION HEREUNDER OR FROM ANY DELAY IN THE PERFORMANCE THEREOF DUE TO CAUSES BEYOND COSTAR'S CONTROL, INCLUDING, WITHOUT LIMITATION, INDUSTRIAL DISPUTES, ACTS OF GOD OR GOVERNMENT, PUBLIC ENEMY, WAR, FIRE, OTHER CASUALTY, FAILURE OF ANY LINK OR CONNECTION WHETHER BY COMPUTER OR OTHERWISE, OR FAILURE OF TECHNOLOGY OR TELECOMMUNICATIONS OR OTHER METHOD OR MEDIUM OF STORING OR TRANSMITTING THE PRODUCT.

IF YOU ARE A CALIFORNIA RESIDENT, YOU WAIVE CALIFORNIA CIVIL CODE SECTION 1542, WHICH SAYS: "A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM MUST HAVE MATERIALLY AFFECTED HIS SETTLEMENT WITH THE DEBTOR."

THESE FOREGOING LIMITATIONS APPLY WHETHER BASED ON BREACH OF CONTRACT, BREACH OF WARRANTY, TORT (INCLUDING NEGLIGENCE), PRODUCT LIABILITY OR OTHERWISE, EVEN IF THE COSTAR PARTIES WERE NEGLIGENT OR HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

THE NEGATION OF DAMAGES SET FORTH ABOVE IS A FUNDAMENTAL ELEMENT OF THE BASIS OF THE BARGAIN BETWEEN COSTAR AND YOU. THE PRODUCT WOULD NOT BE PROVIDED TO YOU WITHOUT SUCH LIMITATIONS. NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED BY YOU FROM COSTAR THROUGH THE PRODUCT CREATE ANY WARRANTY, REPRESENTATION AND/OR GUARANTEE NOT EXPRESSLY STATED IN THIS AGREEMENT.

NO ACTION ARISING OUT OF OR PERTAINING TO THESE TERMS OF USE MAY BE BROUGHT MORE THAN ONE (1) YEAR AFTER THE CAUSE OF ACTION HAS ARISEN.

## User Data

If you create any settings, surveys, fields or functions in the Product or input, add or export any data into or from the Product (collectively, the "User Data"), none of the CoStar Parties shall have any liability or responsibility for any of such User Data, including the loss, destruction or use by third parties of such User Data. It is your responsibility to make back-up copies of such User Data.

## Your Liability

If you cause a technical disruption of the Product, you agree to be responsible for any and all liabilities, costs and expenses (including reasonable attorneys' fees, fines, and costs of enforcement) arising from or related to that disruption. Upon your breach of any term of these Terms of Use or a separate License Agreement, CoStar's remedies shall include any damages and relief available at law or in equity as well as interruption and/or termination of your access to the Product or any portion thereof and permanent deletion or destruction of all portions of the Product within your possession, custody or control. If CoStar retains any third party to obtain any remedy to which it is entitled under these Terms of Use or a separate License Agreement, CoStar shall be entitled to recover all costs, including attorney's fees or collection agency commissions, CoStar incurs.

## Indemnity

You agree to indemnify, defend, and hold harmless the CoStar Parties from and against any third party action, suit, claim or demand and any associated losses, expenses, damages, costs and other liabilities (including reasonable attorneys' fees), arising out of or relating to your (and your users') Submitted Content, use or misuse of any portion of the Product, or your violation of these Terms of Use or a separate License Agreement. You shall cooperate as fully as reasonably required in the defense of any such claim or demand. CoStar and any third party involved in creating, producing, or delivering the Product reserves the right to assume the exclusive defense and control of any matter otherwise subject to indemnification by you, at your expense, and you shall not in any event settle any such matter without the written consent of CoStar and any such third party.

## Privacy

CoStar is committed to respecting the privacy of your personal information in connection with your use of this Site. We take great care to keep your personal information confidential and secure. However, the Internet is not a totally secure medium of communication. For this reason, we cannot guarantee the privacy of any information you input on this site, send to us, or request be delivered to you on the Internet. CoStar will not be responsible for any damages you or others may suffer as a result of the loss of confidentiality of any such information.

Use of the Product is subject to CoStar's Privacy Policy, located at www.costar.com (http://www.costar.com/), which is hereby incorporated into, and made part of, these Terms of Use. CoStar reserves the right, and you

authorize us, to use the Product and any and all other personal information provided by you in any manner consistent with our Privacy Policy.

CoStar conducts product research using professional researchers conducting phone interviews of commercial real estate market participants and their agents. By using CoStar's services and agreeing to these terms of use, you consent to the recording of your telephone or other communications with CoStar representatives, including research, customer service and sales personnel, for training, quality assurance and archival purposes.

## Trademarks

The Product employs various trademarks and service marks of CoStar and of other third parties. All of these trademarks and service marks are the property of their respective owners. You agree not to use or display them in any manner without the prior written permission of the applicable trademark owner.

## Procedure for Making Notification of Claims of Copyright Infringement

CoStar respects the intellectual property of others, and we ask those posting or transmitting any content to or through this Site to respect copyright law. It is the policy of CoStar to restrict and/or terminate in appropriate circumstances the ability to submit content and/or use this Product by individuals or entities that repeatedly submit infringing content in violation of these Terms of Use. If you believe that your work has been copied and is available on this Site or our other online services in a way that constitutes copyright infringement, you may notify CoStar according to the notice requirements of the Digital Millennium Copyright Act and any other applicable law. Pursuant to 17 U.S.C. Section 512, CoStar's DMCA registered agent can be reached as follows: by mail to Legal Department (attn: General Counsel), CoStar Realty Information, Inc., 1331 L Street, N.W., Washington, DC 20005; by e-mail to copyright@costargroup.com (mailto:copyright@costar.com); and by telephone at 202-346-6500.

## Ownership

You acknowledge that CoStar and its licensors have and shall retain exclusive ownership of all proprietary rights in or to the Product, including all Canadian and international intellectual property and other rights such as patents, trademarks, copyrights and trade secrets. This is a license agreement and not an agreement for sale. You shall have no right or interest in any portion of the Product except the right to use the Product as set forth in these Terms of Use and, if you are a CoStar Client, your License Agreement. You acknowledge that the Software, Database, Content, Information, Passcode Protected Product,

Non-Passcode Protected Product, and Product constitute the valuable property and confidential copyrighted information of CoStar and its licensors (collectively, the "Proprietary Information"). You agree to (a) comply with all copyright, trademark, trade secret, patent, contract and other laws necessary to protect all rights in the Proprietary Information, (b) not challenge CoStar's and its licensor's ownership of (or the validity or enforceability of their rights in and to) the Proprietary Information, and (c) not remove, conceal, obliterate or circumvent any copyright or other notice or license, use or copying technological measure or rights management information included in the Product. You shall be liable for any violation of the provisions of these Terms of Use and, if applicable, the License Agreement by your employees, Independent Contractors, affiliates and agents and for any unauthorized use of the Product by such persons.

NOTICE -- U.S. Government Rights/Commercial Technical Data and Software Unpublished, Rights Reserved Under the Copyright Laws of the United States

This Site contains commercial technical data and computer software that have been privately developed and are normally vended commercially under a license or lease agreement restricting their use, disclosure and reproduction. In accordance with FAR 12.211, 12.212, 27.405(b)(2) and 52.227-19 and DFARS 227.7202, 227.7102 and 252.227-7015, as well as other applicable supplemental agency regulations, use, reproduction, disclosure and dissemination of this commercial technical data and computer software are governed strictly in accordance with CoStar's commercial license agreements, including these Terms of Use.

# Export Restrictions

This Site is controlled and operated by CoStar from its offices within the United States. CoStar makes no representation that any portion of the Product or other material accessed through this Site is appropriate or available for use in other locations, and access to them from other countries where their contents are illegal is prohibited. Those who choose to access the Product or the Site from other locations do so on their own volition and are responsible for compliance with applicable local laws. You may not export or re-export any portion of the Product except in full compliance with all applicable laws and regulations, this Terms of Use, and, if applicable, the associated License Agreement. In particular, no portion of the Product may be exported or re-exported in violation of the sanctions, export control laws and regulations of any applicable country, or exported or re-exported into (or to a national or resident of) any country to which the United States embargoes goods, or to anyone on the U.S. Treasury Department's list of Specially Designated Nationals or the U.S. Commerce Department's Table of Denial Orders.

# Sweepstakes

From time to time, CoStar conducts sweepstakes that entitle the winners to prizes. Each sweepstakes has its own terms and conditions, set forth in the "official rules" for that sweepstakes.

# Jurisdiction

CoStar is headquartered in the District of Columbia of the United States. These Terms of Use and your use of this Product shall be governed by the laws of the District of Columbia without regard to its conflicts of laws principles. Unless otherwise agreed to in writing, the federal and state courts located in the District of Columbia shall be the exclusive jurisdiction for any action brought against CoStar in connection with these Terms of Use or use of the Product. You irrevocably consent to the jurisdiction and venue of the federal and state courts located in the District of Columbia, and to the jurisdiction of the federal, provincial and/or state courts located in any State or Province where you are located, for any action brought against you in connection with these Terms of Use or use of the Product. All disputes arising outside of the United States shall be settled by arbitration held in London, England and in accordance with the Rules of Arbitration and Conciliation of the International Chamber of Commerce. All arbitrators shall be fluent in English and all documents submitted in connection with the arbitration shall be in English. Judgment upon an arbitration award may be entered in any court having jurisdiction, or application may be made to such court for a judicial acceptance of the award and an order of enforcement. If any material in this Product, or your use of the Product, is contrary to the laws of the place where you are when you access it, or if CoStar is not Licensed as required by applicable laws or regulations in such locale, the Product is not intended for you, and we ask you not to use the Product. You are responsible for informing yourself of, and complying with, the laws of your jurisdiction.

# Modifications to Product; Changes to these Terms

CoStar is continuously updating and changing the Product, and reserves the right at any time and from time to time to modify or discontinue, temporarily or permanently, the Product (or any part thereof) with or without notice. You agree that CoStar shall not be liable to you or to any third party for any modification, suspension or discontinuance of the Product (or any part thereof). Additionally, we reserve the right, in our complete and sole discretion, to change these Terms of Use at any time by posting revised terms on the Product. It is your responsibility to check periodically for any changes we may

make to the Product and these Terms of Use. Your continued use of this Product following the posting of changes to these terms or other policies means you accept the changes.

## Termination

The restrictions imposed on you with respect to information or materials viewed and/or downloaded in respect of the Product and the disclaimers and the limitations of liabilities set forth above shall survive termination or suspension of these Terms of Use for any reason.

## Miscellaneous

These Terms of Use contain the entire understanding of the parties with respect to the Product and supersede any prior oral or written statements and documents with respect to such subject matter, provided that these Terms of Use do not supersede any written License Agreement between the parties. Your obligations hereunder are binding on your successors, legal representatives and assigns. You may not assign or transfer (by operation of law or otherwise) these Terms of Use or any portion hereunder, in whole or in part, without the prior written consent of CoStar. In the event any portion of these Terms of Use not being of a fundamental nature is held to be invalid, illegal or unenforceable, such part shall be deemed severed from these Terms of Use without invalidating the remaining provisions of these Terms of Use or affecting the enforceability of such remaining provisions. If a provision is held to be invalid, illegal or otherwise unenforceable, it shall be deemed to be replaced with an enforceable provision that retains the intent and benefits of the original provision. Any consent by CoStar to, or waiver of, a breach of a right, term or provision of these Terms of Use, whether express or implied, shall not constitute a consent to, or waiver of, any other, different or subsequent breach. Headings are for reference only. The use of and access to the Product is available only to individuals who can enter into legally binding contracts under applicable law. All notices to CoStar pertaining to these Terms of Use will be in writing, mailed by registered or certified mail, return receipt requested, or delivered by a well-recognized overnight United States, Canadian or other international carrier, delivered to CoStar Realty Information, Inc., 1331 L Street, N.W., Washington, DC 20005, attention: General Counsel.


Thank you for visiting CoStar.com.

Last revised January 19, 2018

Request a Demo

Call Now

# Company

About CoStar (/home/about)

CoStarGroup.com (http://www.costargroup.com)

Careers (http://costargroup.com/careers)

(http://costargroup.com/careers)Press Room
(http://www.costargroup.com/costar-news)

Privacy Policy (/about/privacy-policy)

Term of Use (/about/terms-conditions)

Help Fight Data Theft (/about/anti-piracy/)

FAQs (/home/about/faq)

Contact Us (/home/about/contact)

# Social

(https://www.facebook.com/CoStarGroup)

(https://www.linkedin.com/company/costar-group)

(https://twitter.com/TheCoStarGroup)

© 2018. CoStar Realty Information Inc.

# EXHIBIT D

# EXHIBIT D

| CoStar-Copyrighted Image | Date of Access by Lee | Alleged Conduct | Address of Property Captured in the Infringing Image | Copyright Registration Number of CoStar Image | Copyright Registration Date |
|---|---|---|---|---|---|
| | 1/14/2018 4:22 pm | Saved Locally, Printed Property Listing | 631–645 Foothill Boulevard, La Canada Flintridge, California 91011 | VA0002112486 | 7/19/2018 |
| | 1/14/2018 4:46 pm | Saved Locally, Printed Property Listing | 647–663 Foothill Boulevard, La Canada Flintridge, California 91011 | VA0001436742 | 9/12/2014 |
| | 1/14/2018 4:51 pm | Saved Locally, Printed Property Listing | 3719–3731 Foothill Boulevard, Glendale, California 91214 | VA0002083780 | 9/19/2017 |
| | 1/14/2018 5:57 pm | Saved Locally, Printed Property Listing | 510 S Glendora Avenue, West Covina, California 91790 | VA0002093621 | 2/5/2018 |

## EXHIBIT D

| CoStar-Copyrighted Image | Date of Access by Lee | Alleged Conduct | Address of Property Captured in the Infringing Image | Copyright Registration Number of CoStar Image | Copyright Registration Date |
|---|---|---|---|---|---|
| | 2/15/2018 1:33 pm | Saved Locally, Printed Property Listing | 11401–11421 South Street, Cerritos, California 90703 | VA0001434722 | 10/24/2014 |

2